# United States District Court
## Eastern District of California

NOV - 8 2005



| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **KENNETH ELLIOTT AMICK** | (For Offenses committed on or after November 1, 1987) |
| (Defendant's Name) | Criminal Number: **2:97CR00183 02** |

CARO MARKS, AFD
Defendant's Attorney

**THE DEFENDANT:**

[✓]  admitted guilt to violation of charges  1 AND 2  as alleged in the violation petition filed on  03/25/2005 .

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | USE OF CONTROLLED SUBSTANCES | 02/18/2005 |
| 2 | FAILURE TO REPORT FOR RANDOMLY SCHEDULED DRUG TESTING | 02/13/2005 |

The court: [✓] revokes supervision heretofore ordered on  04/05/2001 .

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

10/20/2005
Date of Imposition of Sentence

Signature of Judicial Officer

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office
ATTEST: Jack L. Wagner
Clerk, U. S. District Court
Eastern District of California
By _____ Deputy Clerk
Date: 11/08/05

HON. DAVID F. LEVI, United States District Judge
Name & Title of Judicial Officer

11/8/2005
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 90 DAYS  (NO SUPERVISION TO FOLLOW).

[ ]  The court makes the following recommendations to the Bureau of Prisons:

[ ]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[✔]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [✔] before 2:00 P.M.  on 01/06/2006 .
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.
    If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

 

_____
UNITED STATES MARSHAL

By _____
    Deputy U.S. Marshal